IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAITLIN PEYTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 7:21-cv-05880-VB<br><br>Hon. Vincent L. Briccetti |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Caitlin Peyton ("Plaintiff") and Walmart, Inc. ("Defendant"), through their designated counsel, that this action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and Plaintiff and Defendant, through their designated counsel, further stipulate that they shall each bear their own fees and costs.

Dated: May 26, 2023

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Frederick J. Klorczyk III

　　　　　　　　　　　　　　　　Frederick J. Klorczyk III
　　　　　　　　　　　　　　　　1330 Avenue of the Americas
　　　　　　　　　　　　　　　　32nd Floor
　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　Tel.: 646-837-7150
　　　　　　　　　　　　　　　　Fax: 212-989-9163
　　　　　　　　　　　　　　　　Email: fklorczyk@bursor.com
　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

1

Dated: April 11, 2022          **STEPTOE & JOHNSON LLP**

By: _____
        Anthony Hopp

Anthony Hopp
227 West Monroe Street
Suite 4700
Chicago, IL 60606
Tel.: 312-577-1249
Email: ahopp@steptoe.com

Carol R. Brophy
STEPTOE & JOHNSON LLP
1 Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
Tel.: 415-365-6724
Fax: 415-365-6674
Email: cbrophy@steptoe.com

Charles Anthony Michael
STEPTOE & JOHNSON, LLP (NYC)
1114 Avenue of the Americas
New York, NY 10036
Tel.: (212)-506-3900
Fax: (212)-506-3950
Email: cmichael@steptoe.com

*Attorneys for Defendant,
Walmart, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 26, 2023.

*/s/ Frederick J. Klorczyk III*
Frederick J. Klorczyk III
